Beth S. Rose
Andrew W. Schwartz
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
*Attorneys for Defendant Amazon.com, Inc.,*
*Amazon.com Sales, Inc., and Amazon.com*
*Services LLC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

IWONA KOTARSKI,

                 Plaintiff,

   -against-

AMAZON.COM, INC., AMAZON.COM SALES,
INC., and AMAZON.COM SERVICES LLC,

                 Defendants.

------------------------------------------------------------ x

Civil Action No._____

**NOTICE OF REMOVAL**

*(Document Electronically Filed)*

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446(a), Defendants Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC (collectively, "Amazon"), hereby remove the above-captioned action from the Supreme Court of the State of New York, County of Queens, to the United States District Court for the Eastern District of New York, because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.

## I.    INTRODUCTION

This lawsuit involves a claim of personal injury allegedly caused by a ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer ("Meat Tenderizer") that Plaintiff Iwona Kotarski purchased through the Amazon.com store on January 7, 2024. Plaintiff filed this civil action captioned *Iwona Kotarski v. Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services LLC,* Index No. 727370/2024, in the New York Supreme Court, County of Queens (the "State Court Action") on December 18, 2024. Plaintiff served a Summons and Complaint on Amazon on December 20, 2024. True and correct copies of the Summons and Complaint are attached hereto as **Exhibit A**. The Complaint alleges that Plaintiff suffered serious and permanent personal injuries caused by the Meat Tenderizer. [Complaint, ¶¶ 62-63]. Per a statement of damages served on January 24, 2025, Plaintiff seeks damages of $30 million.

## II.    THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C. § 1332(a) had Plaintiff filed this action initially in federal court. Plaintiff and Amazon are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A.    Complete Diversity Exists Between the Parties

#### 1.    Plaintiff

"An individual's citizenship, within the meaning of the diversity statute, is determined by his domicile." *Palazzo ex rel. Delmage v. Corio*, 232 F.3d 38, 42 (2d Cir. 2000) (citation omitted). Domicile is "the place where a person has his true fixed home and principal establishment, and to which, whenever he is absent, he has the intention of returning." *Id.* (citation omitted). "At any

given time, a person has but one domicile." *Id.* (citation omitted). Domicile is established initially at birth and is presumed to continue in the same place, absent sufficient evidence of a change. *Id.* "Although residence is not equivalent to domicile, it is, nonetheless, highly relevant to the issue of domicile." *Levy v. Suissa*, 2021 WL 2402240, at *5 (E.D.N.Y. March 19, 2021) (citations omitted). Indeed, "a party's residence at [the time the case is filed] is prima facie evidence of his domicile." *Id.* (citations omitted). Here, Plaintiff's Verified Complaint alleges that, "Plaintiff, IWONA KOTARSKI, at all times herein mentioned, was, and still is, a resident of the County of Queens, State of New York." [Complaint, ¶ 1].

### 2.    Amazon.com, Inc.

A corporation is a citizen of its state of incorporation and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1). A corporation's "principal place of business" means the "actual center of direction, control, and coordination." *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010). Amazon.com, Inc. is a corporation that is organized under the laws of Delaware with its principal place of business in Seattle, Washington. **[Exhibit B.]** Therefore, Amazon.com, Inc., is a citizen of Delaware and Washington.

### 3.    Amazon.com Sales, Inc.

Amazon.com Sales, Inc., is a corporation that is organized under the laws of Delaware with its principal place of business in Seattle, Washington. **[Exhibit C.]** Amazon.com Sales, Inc. is a wholly owned subsidiary of Amazon.com, Inc. Therefore, Amazon.com Sales, Inc., is a citizen of Delaware and Washington.

### 4.    Amazon.com Services, LLC

An LLC is a citizen of each state in which each of its members are citizens. *See Bayersiche Landesbank, N.Y. v. Aladdin Capital Mgmt., LLC*, 692 F.3d 42, 49 (2d Cir. 2012). The sole member

of Amazon.com Services LLC is Amazon.com Sales, Inc., a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Sales, Inc., is a wholly owned subsidiary of Amazon.com, Inc. As such, Amazon.com Services, LLC, is a citizen of Delaware and Washington.

Accordingly, because Plaintiff is a citizen of New York and Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services, LLC, are citizens of Delaware and Washington, complete diversity exists.

**B.    The Amount in Controversy Exceeds $75,000**

The amount in controversy requirement set forth in 28 U.S.C. § 1332 is satisfied because Plaintiff has alleged that her damages are $30 million.

In personal injury actions like the case at bar, New York does not permit a demand for a specific sum of damages to be made in the Complaint. *See* CPLR § 3017(c). While Plaintiff's Complaint does not allege a specific amount of damages, it claims that, as a result of Defendants' alleged acts or omissions, Plaintiff "was caused to sustain serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries, Plaintiff, IWONA KOTARSKI, was caused, and will continue to be caused, to incur expenses for medical care and attention" and that she "was, and will continue, to be rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom." [Complaint, ¶¶ 62-63].

To confirm that the amount in controversy exceeds $75,000, on January 8, 2025, Amazon served Plaintiff with a CPLR § 3017(c) Demand requesting that Plaintiff set forth "those sums that Plaintiff asserts as and for damages with respect to each cause of action alleged against

4

Defendants." Plaintiff responded to the CPLR § 3017(c) Demand on January 24, 2025, and claimed damages of $30 million. [**Exhibit D.**]

Accordingly, based upon Plaintiff's response to the CPLR § 3017(c) Demand, and the allegations in the Complaint, it is clear the matter in controversy exceeds $75,000.

## III.    SERVICE OF COMPLAINT AND TIMELINESS OF REMOVAL

"[T]he removal clock does not start to run until the plaintiff serves the defendant with a paper that explicitly specifies the amount of monetary damages sought." *Moltner v. Starbucks Coffee Co.*, 624 F.3d 34, 38 (2d Cir. 2010); *see also* 28 U.S.C. § 1446(b)(3) ("a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.")

Amazon was served with the Summons and Complaint on December 20, 2024. In accordance with CPLR § 3017(c), the Complaint does not allege a specific claim for damages. Therefore, on January 8, 2025, Amazon served Plaintiff's counsel with a CPLR § 3017(c) Demand for Plaintiff to set forth her alleged damages. On January 24, 2025, Plaintiff served her response to Amazon's CPLR § 3017(c) Demand, which for the first time set forth Plaintiff's claimed damages. [**Exhibit D.**] A response to a CPLR § 3017(c) Demand qualifies as an "other paper" to establish the amount in controversy. *Moltner*, 624 F.3d at 38; *see also Sabino v. Otis Elevator Company*, 548 F. Supp.3d 311, 312 (E.D.N.Y. 2021) ("All a defendant has to do is serve a C.P.L.R. § 3017(c) demand. And they will not be late in removing as long as they do it within 30 days of receiving a response that shows the $75,000 jurisdictional minimum is met.") This Notice of Removal is being filed within 30 days of Amazon being served with the response to the CPLR §

3017(c) Supplemental Demand. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(2)(B).

## IV.    VENUE OF REMOVED ACTION

The United States District Court for the Eastern District of New York is the United States District Court embracing the New York Supreme Court, Queens County, where this action was filed and is pending. Therefore, venue is proper in the United States District Court for the Eastern District of New York under 28 U.S.C. § 1441(a).

## V.    NOTICE TO OTHER PARTIES AND TO THE STATE COURT

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being contemporaneously served on all parties and filed with the New York Supreme Court, County of Queens, where this case was originally filed and is currently pending.

WHEREFORE, Defendants Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services, LLC, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, remove the Action in its entirety from the Supreme Court of the State of New York, County of Queens, to the United States District Court for the Eastern District of New York.

Dated: February 10, 2025

Respectfully submitted,

Beth S. Rose
Andrew W. Schwartz
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000

*Attorneys for Defendant Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services, LLC*

6

## CERTIFICATE OF SERVICE

I hereby certify that, on February 10, 2025, I caused a copy of Defendant Amazon.com, Inc., Amazon.com Sales, Inc., and Amazon.com Services, LLC's Notice of Removal to be served by email on the following party:

> Nicole Brenecki, Esq.
> 101 North 10th Street – Suite 303
> Brooklyn, New York 11249
> *Attorneys for Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

ANDREW W. SCHWARTZ

Dated:  February 10, 2025

7

# EXHIBIT A

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 12/18/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

-----------------------------------------------------------------------X    Index No.:

IWONA KOTARSKI,

                              Plaintiff,

           -against-

AMAZON.COM, INC., AMAZON.COM SALES, INC.,
and AMAZON.COM SERVICES LLC,

                        Defendants.

-----------------------------------------------------------------------X

**SUMMONS**

Plaintiff designates
Queens County
as the place of Trial

The basis of Venue is:
Plaintiff's Residence
10500 Shore Front Parkway
Apt. 7T
Rockaway Park, NY 11694

To the above-named Defendant(s):

      **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with the Summons, to serve a Notice of Appearance, on the Plaintiff's attorneys within twenty ("20") days after the service of this Summons, exclusive of the day of service, or within thirty ("30") days after the service is complete if this Summons is not personally delivered to you within the State of New York; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: Brooklyn, New York
       December 18, 2024

      The nature of this action is for bodily injuries sustained as a result of Defendants' negligence. The relief sought is for monetary damages.

                               JODRÉ BRENECKI, LLP

                               By: NICOLE BRENECKI, ESQ.
                               *Attorneys for Plaintiff*
                               101 North 10th Street – Suite 303
                               Brooklyn, New York 11249
                               (347) 563-2605
                               (516) 445-3622
                               nicole@jodrebrenecki.com

      **If you fail to respond, a judgment will be entered against you by default with interest from January 20, 2025.**

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 12/18/2024

Defendant(s): **AMAZON.COM, INC.**
**c/o CORPORATION SERVICES COMPANY**
**80 State Street**
**Albany, New York 12207**

**AMAZON.COM SALES, INC.**
**c/o CORPORATION SERVICES COMPANY**
**80 State Street**
**Albany, New York 12207**

**AMAZON.COM SERVICES LLC**
**c/o CORPORATION SERVICES COMPANY**
**80 State Street**
**Albany, New York 12207**

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
INDEX NO. 727370/2024

NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 12/18/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
----------------------------------------------------------------------X

IWONA KOTARSKI,                                                    Index No.:

                       Plaintiff,                    **VERIFIED COMPLAINT**

          -against-

AMAZON.COM, INC., AMAZON.COM SALES, INC.,
and AMAZON.COM SERVICES LLC,

                  Defendants.
----------------------------------------------------------------------X

Plaintiff, **IWONA KOTARSKI**, by their attorneys, **JODRÉ BRENECKI, LLP**, as and for their Verified Complaint, complaining of the Defendants herein, respectfully alleges, upon information and belief:

1.     Plaintiff, **IWONA KOTARSKI**, at all times herein mentioned, was, and still is, a resident of the County of Queens, State of New York.

2.     That at all the times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM, INC.**, was and still is a domestic corporation organized and existing under, and by virtue of, the laws of the State of New York.

3.     That at all the times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM, INC.**, was and still is a foreign corporation authorized to do business under, and by virtue of the laws of, the State of New York.

4.     That at all times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM, INC.**, was a non-domiciliary of the State of New York and has transacted business within the State of New York.

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
INDEX NO. 727370/2024
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 12/18/2024

5. That at all of the times hereinafter mentioned, and upon information and belief, the Defendant, **AMAZON.COM, INC.,** maintained a principal place of business in the County of New York, City of New York, and State of New York.

6. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM, INC.,** conducted and carried on business in the State of New York.

7. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM, INC.,** transacted business within the State of New York.

8. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM, INC.,** derived substantial revenue from goods used or consumed, or services rendered, within the State of New York.

9. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM, INC.,** expected, or should have reasonably expected, its acts to have consequences in the State of New York.

10. At all times relevant herein, Defendant, **AMAZON.COM, INC.,** and/or their predecessors, manufactured ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

11. At all times relevant herein, Defendant, **AMAZON.COM, INC.,** and/or their predecessors, sold ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

12. At all times relevant herein, Defendant, **AMAZON.COM, INC.,** and/or their predecessors, serviced ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 12/18/2024

Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

13. At all times relevant herein, Defendant, **AMAZON.COM, INC.,** and/or their predecessors, fabricated ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

14. At all times relevant herein, Defendant, **AMAZON.COM, INC.,** and/or their predecessors, were in the business of selling ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

15. At all times relevant herein, Defendant, **AMAZON.COM, INC.,** and/or their predecessors, were in the business of selling ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

16. At all times relevant herein, Defendant, **AMAZON.COM, INC.,** and/or their predecessors, were in the business of distributing ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

17. That the Defendant, **AMAZON.COM, INC.,** and/or their predecessors, distributed ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 12/18/2024

Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

18. That the Defendant, **AMAZON.COM, INC.**, and/or their predecessors designed ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

19. That the Defendant, **AMAZON.COM, INC.**, committed a tortious act in the State of New York.

20. That at all the times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM SALES, INC.**, was and still is a domestic corporation organized and existing under, and by virtue of, the laws of the State of New York.

21. That at all the times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM SALES, INC.**, was and still is a foreign corporation authorized to do business under, and by virtue of the laws of, the State of New York.

22. That at all times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM SALES, INC.**, was a non-domiciliary of the State of New York and has transacted business within the State of New York.

23. That at all of the times hereinafter mentioned, and upon information and belief, the Defendant, **AMAZON.COM SALES, INC.**, maintained a principal place of business in the County of New York, City of New York, and State of New York.

24. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SALES, INC.**, conducted and carried on business in the State of New York.

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
NYSCEF DOC. NO. 1                                                          INDEX NO. 727370/2024
RECEIVED NYSCEF: 12/18/2024

25.    That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SALES, INC.,** transacted business within the State of New York.

26.    That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SALES, INC.,** derived substantial revenue from goods used or consumed, or services rendered, within the State of New York.

27.    That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SALES, INC.,** expected, or should have reasonably expected, its acts to have consequences in the State of New York.

28.    At all times relevant herein, Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors, manufactured ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

29.    At all times relevant herein, Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors, sold ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

30.    At all times relevant herein, Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors, serviced ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

31.    At all times relevant herein, Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors, fabricated ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86")

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
NYSCEF DOC. NO. 1

INDEX NO. 727370/2024
RECEIVED NYSCEF: 12/18/2024

inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

32.    At all times relevant herein, Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors, were in the business of selling ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

33.    At all times relevant herein, Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors, were in the business of selling ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

34.    At all times relevant herein, Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors, were in the business of distributing ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

35.    That the Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors, distributed ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

36.    That the Defendant, **AMAZON.COM SALES, INC.,** and/or their predecessors designed ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
NYSCEF DOC. NO. 1

INDEX NO. 727370/2024
RECEIVED NYSCEF: 12/18/2024

Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

37.     That the Defendant, **AMAZON.COM SALES, INC.**, committed a tortious act in the State of New York.

38.     That at all the times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM SERVICES LLC**, was and still is a domestic corporation organized and existing under, and by virtue of, the laws of the State of New York.

39.     That at all the times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM SERVICES LLC**, was and still is a foreign corporation authorized to do business under, and by virtue of the laws of, the State of New York.

40.     That at all times hereinafter alleged, and upon information and belief, the Defendant, **AMAZON.COM SERVICES LLC**, was a non-domiciliary of the State of New York and has transacted business within the State of New York.

41.     That at all of the times hereinafter mentioned, and upon information and belief, the Defendant, **AMAZON.COM SERVICES LLC**, maintained a principal place of business in the County of New York, City of New York, and State of New York.

42.     That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SERVICES LLC**, conducted and carried on business in the State of New York.

43.     That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SERVICES LLC**, transacted business within the State of New York.

44.     That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SERVICES LLC**, derived substantial revenue from goods used or consumed, or services rendered, within the State of New York.

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
NYSCEF DOC. NO. 1

INDEX NO. 727370/2024

RECEIVED NYSCEF: 12/18/2024

45. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **AMAZON.COM SERVICES LLC**, expected, or should have reasonably expected, its acts to have consequences in the State of New York.

46. At all times relevant herein, Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors, manufactured ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

47. At all times relevant herein, Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors, sold ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

48. At all times relevant herein, Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors, serviced ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

49. At all times relevant herein, Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors, fabricated ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

50. At all times relevant herein, Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors, were in the business of selling ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1                                                RECEIVED NYSCEF: 12/18/2024

Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

51.      At all times relevant herein, Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors, were in the business of selling ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

52.      At all times relevant herein, Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors, were in the business of distributing ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

53.      That the Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors, distributed ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

54.      That the Defendant, **AMAZON.COM SERVICES LLC**, and/or their predecessors designed ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizers under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F for residential and/or commercial use on or before March 4, 2024.

55.      That the Defendant, **AMAZON.COM SERVICES LLC**, committed a tortious act in the State of New York.

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 12/18/2024

## AS AND FOR A FIRST CAUSE OF ACTION:
## NEGLIGENT DESIGN AND MANUFACTURING

56. Plaintiff repeats and realleges the allegations contained in paragraphs one ("1") through fifty-five ("55") with the same force and effect as if more fully set forth herein.

57. On or about March 4, 2024, Plaintiff, **IWONA KOTARSKI**, was severely injured while using and utilizing a ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

58. That the aforesaid ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was not reasonably safe, and was dangerous and defective with the substantial likelihood of harm, for which Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** are subject to strict liability in tort.

59. That Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** ("Defendants") were negligent, careless, and reckless in that said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was dangerous to life and limb; in that Defendants, their agents, officers, representatives, and/or employees failed to modify, update, or repair said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F; in that their agents, officers, representatives, and/or employees failed to install certain safety devices or contingencies; in that their agents, officers, representatives, and/or employees failed to

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 12/18/2024

ensure the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, for ordinary and everyday use; in that their agents, officers, representatives, and/or employees failed to update the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, to include modern state of the art safety features; in that their agents, officers, representatives, and/or employees failed to advise the public of the dangerous and hazardous condition of the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F; in that their agents, officers, representatives, and/or employees failed to conduct proper inspections of said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F; in that their agents, officers, representatives, and/or employees failed to label and/or properly label the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F; in that their agents, officers, representatives, and/or employees negligently designed the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F; and in that their agents, officers, representatives, and/or employees negligently manufactured the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch

Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

60. That on March 4, 2024, Plaintiff, **IWONA KOTARSKI,** while properly utilizing and using the product in accordance with its intended use, was caused to suffer and sustain severe bodily injuries.

61. That the aforesaid accident was caused solely and wholly by reason that Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** ("Defendants"), were negligent, reckless, careless, and wanton in their design, manufacturing, and/or distribution of the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

62. That as a result of the foregoing, Plaintiff, **IWONA KOTARSKI,** was caused to sustain serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries, Plaintiff, **IWONA KOTARSKI,** was caused, and will continue to be caused, to incur expenses for medical care and attention.

63. Plaintiff, **IWONA KOTARSKI,** was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

64. By reason of the above, Plaintiff, **IWONA KOTARSKI,** has sustained damages, both general and specific, in an amount that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**AS AND FOR A SECOND CAUSE OF ACTION:**
**STRICT LIABILITY**

65. Plaintiff repeats and realleges the allegations contained in paragraphs one ("1") through sixty-four ("64") with the same force and effect as if more fully set forth herein.

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
NYSCEF DOC. NO. 1

INDEX NO. 727370/2024
RECEIVED NYSCEF: 12/18/2024

66. That the said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was defective and that said defect was a substantial factor in the causing of those injuries incurred to and by the Plaintiff, **IWONA KOTARSKI.**

67. That on March 4, 2024, Plaintiff, **IWONA KOTARSKI,** was using the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, for the purposes normally intended.

68. That on March 4, 2024, Plaintiff, **IWONA KOTARSKI,** while using the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was caused to suffer severe bodily injuries.

69. That the Plaintiff, **IWONA KOTARSKI,** could not, through the use of reasonable care, have averted or avoided their injuries.

70. That the Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** ("Defendants"), defectively and negligently designed, manufactured, distributed, and labeled the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, and was caused to suffer severe bodily injuries.

71. That by reason of the foregoing, the Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** ("Defendants"), their

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024

NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 12/18/2024

agents, officers, representatives, licensees, and/or employees are liable to Plaintiff for strict liability in tort, and/or in strict products liability.

72.    Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**, ("Defendants"), are responsible in strict product liability in failing to use proper skill in the manufacturing, designing, distributing, and labeling of said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F; in failing to provide for basic and common safely principles; in labeling the product in a defective and improper manner; in failing to advise Plaintiff that the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, in accordance with the instructions; became defective and was unsafe and hazardous; in failing to properly inspect, design, and test the aforesaid product before allowing same to be used by the general public; in failing to give proper and timely notice to Plaintiff of the defective, unsafe, and poorly labeled product, and causing, creating, and allowing a defective, improper, and poorly labeled product by improperly giving instructions thereby creating a dangerous condition with respect to the product and its use; and permitting it to remain and exist in failing to provide proper safeguards and warnings to prevent injury to the users and others of said product; in failing to warn Plaintiff and others of the dangerous, improper, and poorly designed label and defective instructions and condition of the product, and in manufacturing improperly and negligently designing labels, and warnings, and releasing same for its use to the general public; in failing to install safety devices which would prevent the within accident; in failing to label the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
NYSCEF DOC. NO. 1

INDEX NO. 727370/2024
RECEIVED NYSCEF: 12/18/2024

Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, with adequate warnings; in placing inadequate warning labels on the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F; in failing to place adequate warnings and signage on the product website and the physical packaging of the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F; in failing to recognize obvious design defects which were, and are, harmful to intended users of said product; in failing to use state of the art design; in releasing the aforementioned ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, into the stream of commerce with known design and manufacturing defects; in failing to properly inspect and examine the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, before shipping and delivering aforementioned product into the stream of commerce; in failing to design adequate protections against harm; and in otherwise being careless and negligent.

73.    By reason of the above, Plaintiff, **IWONA KOTARSKI**, has sustained damages, both general and specific, in an amount that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 12/18/2024

## AS AND FOR A THIRD CAUSE OF ACTION:
## NEGLIGENT DISTRIBUTION

74. Plaintiff repeats and realleges the allegations contained in paragraphs one ("1") through seventy-three ("73") with the same force and effect as if more fully set forth herein.

75. On or prior to March 4, 2024, Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** distributed the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, in the State of New York.

76. On or prior to March 4, 2024, Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** assumed the tort obligations of an entity that manufactured and/or distributed and/or sold the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, in the State of New York.

77. On or prior to March 4, 2024, Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** continued the business of, and as an entity that manufactured and/or distributed and/or sold the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, in the State of New York.

78. That on March 4, 2024, Plaintiff, **IWONA KOTARSKI,** utilized said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024

NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 12/18/2024

Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, in the State of New York.

79.    That on March 4, 2024, Plaintiff, **IWONA KOTARSKI**, was using and utilizing said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, when they were caused to sustain serious and permanent personal injuries.

80.    That on March 4, 2024, Plaintiff, **IWONA KOTARSKI**, was caused to sustain serious and permanent personal injuries as a result of Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,**'s, negligence.

81.    Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**'s, negligence included, but is not limited to, negligent manufacture, inspection, distribution, testing, retailing, and failing to warn of the hazards of said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F.

82.    By reason of the above, Plaintiff, **IWONA KOTARSKI**, has sustained damages, both general and specific, in an amount that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### AS AND FOR A FOURTH CAUSE OF ACTION:
### BREACH OF WARRANTY

83.    Plaintiff repeats and realleges the allegations contained in paragraphs one ("1") through eighty-two ("82") with the same force and effect as if more fully set forth herein.

84.    At the time of manufacture, design, and distribution of the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM          INDEX NO. 727370/2024
NYSCEF DOC. NO. 1                                        RECEIVED NYSCEF: 12/18/2024

Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**, had full knowledge that the aforementioned ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, would be used for the purpose for which it was intended.

85.    Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**, represented and warranted to Plaintiff, **IWONA KOTARSKI**, and any other potential, ultimate user of the aforementioned product that it was safe, suitable, and fit for all purposes intended.

86.    Further, Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**, represented that said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was in good, safe, fit, and merchantable condition.

87.    Plaintiff, **IWONA KOTARSKI**, relied upon Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**'s, knowledge, judgment, and skill in Defendants' manufacture, design, and distribution of the aforementioned ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, in that it would be suitable, adequate, and safe.

88.    Additionally, Plaintiff, **IWONA KOTARSKI**, relied upon Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**'s,

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM
INDEX NO. 727370/2024
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 12/18/2024

representations, knowledge, and judgment that the aforementioned ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was adequately inspected and tested.

89.    Contrary to Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**'s, representations and warranties said ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was not adequately tested and was not free from dangerous and latent defects in the design, manufacture, and distribution of the aforementioned product.

90.    Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** violated and breached its warranties in that the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was not merchantable, was unfit for the purpose intended, and had latent defects which could not be discovered by Plaintiff.

91.    Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** breached its implied warranties, and as a result, Plaintiff, **IWONA KOTARSKI,** sustained serious personal injuries.

92.    Upon information and belief, said warranties were untrue in that the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, was defective, dangerous, unsafe, and malfunctioned during its operation.

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024

NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 12/18/2024

93.    Upon information and belief, on or about March 4, 2024, Plaintiff, **IWONA KOTARSKI,** attempted to use and utilize the ten and two tenths ("10.2") inch by three and eighty-six hundredths ("3.86") inch Black Stainless Steel Meat Tenderizer, under Model Number/Product Code B0C7T638CX and Physical Product Barcode X003C2KK4F, as directed and incurred serious and permanent injuries.

94.    By reason of the foregoing, Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC,** will be liable to the Plaintiff, **IWONA KOTARSKI,** under the Doctrine of Breach of Contract and/or Breach of Warranty (Express or Otherwise).

95.    By reason of the above, Plaintiff, **IWONA KOTARSKI,** has sustained damages, both general and specific, in an amount that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**THE REMAINDER OF THIS PAGE WAS INTENTIONALLY LEFT BLANK**

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 12/18/2024

WHEREFORE, Plaintiff, **IWONA KOTARSKI**, demands the following judgments as against Defendants, **AMAZON.COM, INC., AMAZON.COM SALES, INC.,** and **AMAZON.COM SERVICES LLC**, awarding damages against the Defendants for an amount which exceeds the jurisdictional limits of all other Courts which would otherwise have jurisdiction herein, in an amount to be determined upon trial of this action, together with costs and disbursements of this action, and with interest from the date of the accident.

Plaintiff demands a jury trial.

Dated: Brooklyn, New York
December 18, 2024

**JODRÉ BRENECKI, LLP**

By: NICOLE BRENECKI, ESQ.
*Attorneys for Plaintiff*
101 North 10th Street – Suite 303
Brooklyn, New York 11249
(347) 563-2605
(516) 445-3622
nicole@jodrebrenecki.com

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 12/18/2024

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK        )
                         ) ss
COUNTY OF KINGS          )

The undersigned, an attorney admitted to practice in the Courts of the State of New York, states and affirms under penalty of perjury that he has read the attached **VERIFIED SUMMONS** and **COMPLAINT** and the same is true to their own knowledge, except as to those matters alleged to be upon information and belief, and as to those matters, they believe them to be true to the best of their knowledge.

The Affirmant's source(s) of information as to this are via investigations conducted by their office and those files maintained by the Affirmant's law office.

The reason this verification is made by your Affirmant, and not by the Plaintiff, is due to the fact that the Plaintiff either does not presently reside in the County where they maintain their law office or is presently outside of the county in which your Affirmant maintains their law office.

Dated: Brooklyn, New York
       December 18, 2024

Nicole Brenecki, Esq.

FILED: QUEENS COUNTY CLERK 12/18/2024 09:20 AM    INDEX NO. 727370/2024
NYSCEF DOC. NO. 1    RECEIVED NYSCEF: 12/18/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

IWONA KOTARSKI,

Plaintiff,

-against-

AMAZON.COM, INC., AMAZON.COM SALES, INC., and
AMAZON.COM SERVICES LLC,

Defendants.

---

**JODRÉ BRENECKI, LLP**
101 North 10th Street – Suite 303
Brooklyn, New York 11249

---

**SUMMONS and VERIFIED COMPLAINT**

---

STATE OF NEW YORK, COUNTY OF KINGS, SS:

NICOLE BRENECKI, the undersigned, an attorney admitted to practice in the Courts of New York State, affirms the following:

I further certify that my signature below acts as a "certification" for the documents attached hereto, in compliance with Section 130-1.1-a of the Rules of the Chief Administrator (22 NYCRR).

Dated: Brooklyn, New York
December 18, 2024

Nicole Brenecki, Esq.

# EXHIBIT B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## FORM 10-K

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2023**

**or**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from          to          .**

**Commission File No. 000-22513**

# AMAZON.COM, INC.

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **91-1646860** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

**410 Terry Avenue North**
**Seattle, Washington 98109-5210**
**(206) 266-1000**
**(Address and telephone number, including area code, of registrant's principal executive offices)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $.01 per share | AMZN | Nasdaq Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Exchange Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements.  ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b).  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

| | | |
|---|---|---|
| Aggregate market value of voting stock held by non-affiliates of the registrant as of June 30, 2023 | $ | 1,183,684,965,587 |
| Number of shares of common stock outstanding as of January 24, 2024 | | 10,387,381,291 |

### DOCUMENTS INCORPORATED BY REFERENCE

The information required by Part III of this Report, to the extent not set forth herein, is incorporated herein by reference from the registrant's definitive proxy statement relating to the Annual Meeting of Shareholders to be held in 2024, which definitive proxy statement shall be filed with the Securities and Exchange Commission within 120 days after the end of the fiscal year to which this Report relates.

# EXHIBIT C



**WASHINGTON**
Secretary of State
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 04/22/2024
Effective Date: 04/22/2024
UBI #: 602 030 692

# Amended Annual Report

## BUSINESS INFORMATION

Business Name:
**AMAZON.COM SALES, INC.**

UBI Number:
**602 030 692**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, UNITED STATES**

Principal Office Mailing Address:
**410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, UNITED STATES**

Expiration Date:
**04/30/2025**

Jurisdiction:
**UNITED STATES, DELAWARE**

Formation/Registration Date:
**04/18/2000**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, RETAIL SALE OF AUDIO AND VIDEO**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
| --- | --- | --- |
| CORPORATION SERVICE COMPANY | 300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES | 300 DESCHUTES WAY SW STE 208 MC-CSC1, TUMWATER, WA, 98501, UNITED STATES |

## PRINCIPAL OFFICE

Phone:

Email:
**COMPLIANCEMAIL@CSCGLOBAL.COM**

Street Address:
**410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA**

Mailing Address:
**410 TERRY AVENUE NORTH, SEATTLE, WA, 98109, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | MICHAEL | MILLER |

## NATURE OF BUSINESS

- OTHER SERVICES
- RETAIL SALE OF AUDIO AND VIDEO

## EFFECTIVE DATE

Effective Date:
**04/22/2024**

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
**- No**
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
**- No**
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
**- No**
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
**- No**
You **must** submit a Controlling Interest Transfer Return form if you answered "Yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? **- No**

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☐ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2024042200279957 - 1
Received Date: 04/22/2024
Amount Received: $10.00

**MICHAEL**

Last Name:

**MILLER**

Title:

**SECRETARY**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

**Work Order #: 2024042200279957 - 1**
**Received Date: 04/22/2024**
**Amount Received: $10.00**

# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------------------------X
IWONA KOTARSKI,

                    Plaintiff,

             -against-

AMAZON.COM, INC., AMAZON.COM SALES, INC., and
AMAZON.COM SERVICES, LLC,

                    Defendants.
-----------------------------------------------------------------------------------X

Index No.: 727370/2024

**RESPONSE TO
DEMAND FOR AMOUNT
OF DAMAGES
PURSUANT TO
CPLR § 3017(c)**

Plaintiff, **IWONA KOTARSKI**, by their attorneys, JODRÉ BRENECKI, LLP, as and for a response to Defendants, AMAZON.COM, INC., AMAZON.COM SALES, INC., and AMAZON.COM SERVICES, LLC ("Defendants"), DEMAND FOR AMOUNT OF DAMAGES PURSUANT TO CPLR § 3017, sets forth:

Plaintiff claims THIRTY MILLION DOLLARS ($30,000,000) in total damages.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff reserves their right to amend and/or supplement the above responses, if and when additional information becomes available.

Dated: Brooklyn, New York
       January 24, 2025

                              Yours, etc.,
                              JODRE BRENECKI, LLP

                              _____
                              Jordan Jodré, Esq.
                              *Attorneys for Plaintiff*
                              101 North 10th Street – Suite 303
                              Brooklyn, New York 10249
                              (516) 445-3622

TO:

**SILLS CUMMIS & GROSS P.C.**
*Attorneys for Defendants*
AMAZON.COM, INC., AMAZON.COM SALES, INC., and
AMAZON.COM SERVICES, LLC
One Riverfront Plaza
Newark, New Jersey 07102